EDWARD D. McCARTHY, Respondent, *v.* ROBERT BONYNGE, Appellant.

(Argued February 4, 1886 ; decided March 2, 1886.)

*Thomas Allison* for appellant.

*La Roy S. Gove* for respondent.

Agree to affirm, on opinion of DALY, Ch. J., in court below.
All concur.
Judgment affirmed.

---

DAVID C. CARLETON, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued February 5, 1886 ; decided March 2, 1886.)

*H. B. Philbrook* for appellant.

*E. Henry Lacombe* for respondent.

Judgment affirmed by default.